| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Michael D. Franco<br>1800 N. Broadway, Suite 200<br>Santa Ana, CA 92706-2656<br>(714) 442-3623  Fax:  (714) 453-9635<br>175323 CA<br>francolawfirm@hotmail.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Alexandra Lauren Burger<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:25-bk-12832 |
|---|---|
| | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  October 20, 2025            Alexandra Lauren Burger                    *AlexBurger*
                                   Printed name of Debtor 1                   Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                         F 1002-1.EMP.INCOME.DEC

# PADDY MURPHY'S, INC. PAY STUB

| Field | Value |
|---|---|
| Date | 7.11.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ▇▇▇▇ |
| Rate of Pay | 16.50 |
| Hours | 5 |
| Gross Earning | $82.50 |
| Tips In _____ (init.) | $5.00 |
| Taxable Income (Gross Earning + Tips) | $87.50 |
| Payroll Withholding on taxable income (Fed, CA, Medicare, CASDI, OSDI etc.) | $17.50 |
| Tips Out | $5.00 |
| Advanced Net | $65.00 |

Signature _____

## PADDY MURPHY'S, INC. PAY STUB

| Field | Value |
|---|---|
| Date | 7.12.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ▮ |
| Rate of Pay | 16.50 |
| Hours | 1 |
| Gross Earning | $16.50 |
| Tips In _____ (Init.) | $1.00 |
| Taxable Income (Gross Earning + Tips) | $17.50 |
| Payroll Withholding on taxable Income (Fed, CA, Medicare, CASDI, OSDI etc.) | $3.50 |
| Tips Out | $1.00 |
| Advanced Net | $13.00 |

Signature _____

**PADDY MURPHY'S, INC. PAY STUB**

| Field | Value |
|---|---|
| Date | 7.18.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ▮▮▮▮▮▮▮▮ |
| Rate of Pay | 16.50 |
| Hours | 5 |
| Gross Earning | $82.50 |
| Tips In _____ (Init.) | $10.00 |
| Taxable Income (Gross Earning + Tips) | $92.50 |
| Payroll Withholding on taxable Income (Fed, CA, Medicare, CASDI, OSDI etc.) | $18.50 |
| Tips Out | $10.00 |
| Advanced Net | $64.00 |

Signature _____

## PADDY MURPHY'S, INC. PAY STUB

| Field | Value |
|---|---|
| Date | 7.18.25 |
| Real Name: | Alexandra Burger |
| Stage Name | [REDACTED] |
| Rate of Pay | 16.50 |
| Hours | 5 |
| Gross Earning | $82.50 |
| Tips In _____ (init.) | $10.00 |
| Taxable Income (Gross Earning + Tips) | $92.50 |
| Payroll Withholding on taxable income (Fed, CA, Medicare, CASDI, OSDI etc.) | $18.50 |
| Tips Out | $10.00 |
| Advanced Net | $64.00 |

Signature _____

**PADDY MURPHY'S, INC. PAY STUB**

| Field | Value |
|---|---|
| Date | 7.30.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ▓▓▓▓ |
| Rate of Pay | 16.50 |
| Hours | 5 |
| Gross Earning | $82.50 |
| Tips In _____ (Init.) | $2.00 |
| Taxable Income (Gross Earning + Tips) | $84.50 |
| Payroll Withholding on taxable Income (Fed, CA, Medicare, CASDI, OSDI etc.) | $16.90 |
| Tips Out | $2.00 |
| Advanced Net | $65.60 |

Signature _____

## PADDY MURPHY'S, INC. PAY STUB

| Field | Value |
|---|---|
| Date | 8.16.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ███████ |
| Rate of Pay | 16.50 |
| Hours | 1 |
| Gross Earning | $16.50 |
| Tips In _____ (init.) | $1.00 |
| Taxable Income (Gross Earning + Tips) | $17.50 |
| Payroll Withholding on taxable Income (Fed, CA, Medicare, CASDI, OSDI etc.) | $3.50 |
| Tips Out | $1.00 |
| Advanced Net | $13.00 |

Signature  _____

**PADDY MURPHY'S, INC. PAY STUB**

| Field | Value |
|---|---|
| Date | 8.15.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ▇▇▇ (redacted) |
| Rate of Pay | 16.50 |
| Hours | 3 |
| Gross Earning | $49.50 |
| Tips In _____ (init.) | $10.00 |
| Taxable Income (Gross Earning + Tips) | $59.50 |
| Payroll Withholding on taxable income (Fed, CA, Medicare, CASDI, OSDI etc.) | $11.90 |
| Tips Out | $10.00 |
| Advanced Net | $37.60 |

Signature _____

**PADDY MURPHY'S, INC. PAY STUB**

| | |
|---|---|
| Date | 8.21.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ▇▇▇▇▇ |
| Rate of Pay | 16.50 |
| Hours | 5 |
| Gross Earning | $82.50 |
| Tips In _____ (Init.) | $5.00 |
| Taxable Income (Gross Earning + Tips) | $87.50 |
| Payroll Withholding on taxable Income (Fed, CA, Medicare, CASDI, OSDI etc.) | $17.50 |
| Tips Out | $5.00 |
| Advanced Net | $65.00 |

Signature _____

# PADDY MURPHY'S, INC. PAY STUB

| Field | Value |
|---|---|
| Date | 8.27.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ▮▮▮▮ |
| Rate of Pay | 16.50 |
| Hours | 5 |
| Gross Earning | $82.50 |
| Tips In _____ (init.) | $10.00 |
| Taxable Income (Gross Earning + Tips) | $92.50 |
| Payroll Withholding on taxable income (Fed, CA, Medicare, CASDI, OSDI etc.) | $18.50 |
| Tips Out | $10.00 |
| Advanced Net | $64.00 |

Signature _____

## PADDY MURPHY'S, INC. PAY STUB

| Field | Value |
|---|---|
| Date | 8.30.25 |
| Real Name: | Alexandra Burger |
| Stage Name | ███ |
| Rate of Pay | 16.50 |
| Hours | 5 |
| Gross Earning | $82.50 |
| Tips In _____ (init.) | $10.00 |
| Taxable Income (Gross Earning + Tips) | $92.50 |
| Payroll Withholding on taxable income (Fed, CA, Medicare, CASDI, OSDI etc.) | $18.50 |
| Tips Out | $10.00 |
| Advanced Net | $64.00 |

Signature _____