Certificate Number: 05781-CAC-DE-040266291

Bankruptcy Case Number: 25-12832



05781-CAC-DE-040266291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2025, at 5:19 o'clock PM PST, Alexandra Burger completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  November 2, 2025          By:  /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title:  President